FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 3 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Fabian Fernandez Regalado,<br><br>                    Defendant. | CR-21-00707-PHX-JJT (MHB)<br><br>**INDICTMENT**<br><br>VIO:    18 U.S.C. § 924(a)(1)(A)<br>        (False Statement During Purchase of Firearm)<br>        Counts 1-2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 26, 2019, in the District of Arizona, the defendant, FABIAN FERNANDEZ REGALADO, knowingly made a false statement and representation to *Jones & Jones*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Jones & Jones*, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, to the effect that he was the actual transferee/buyer of the firearms listed on the form, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 2**

On or about March 19, 2019, in the District of Arizona, the defendant, FABIAN FERNANDEZ REGALADO, knowingly made a false statement and representation to *Jones & Jones*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Jones & Jones*, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, to the effect that he was the actual transferee/buyer of the firearms listed on the form, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  August 31, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*S/*
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -